# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2127
LT Case No. 2016-CF-534

_____

COLBY LEE CLIFTON,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

3.850 Appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Lisa P. Varon, and Curtis S. Fallgatter, of Fallgatter Catlin &
Varon, P.A., Jacksonville, for Appellant.

No Appearance for Appellee.


August 22, 2023


PER CURIAM.

 AFFIRMED.


EISNAUGLE, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____